(V. D. 34)

S. E. LASZLO ET AL. *v.* UNITED STATES

Entry No. 847604, etc.

(Decided September 19, 1956)

*John D. Rode* for the plaintiffs.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

WILSON, Judge: These matters are presently before me on a remand from a classification proceeding decided by the first division of this court in *S. E. Laszlo et al.* v. *United States*, 34 Cust. Ct. 376, Abstract 59071. The judgment entered therein stated: "* * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as follows:

| Entry No. | | | Item | Binoculars | Case | Total |
|---|---|---|---|---|---|---|
| 847604 | 7 | x | 35 | $12. 20 | $1. 00 | $13. 20 |
| | 7 | x | 50 | 11. 30 | 1. 20 | 12. 50 |
| | 10 | x | 50 | 11. 90 | 1. 20 | 13. 10 |
| 74262 | 7 | x | 50 uncoated | 12. 70 | 1. 20 | 13. 90 |
| | 7 | x | 50 coated | 12. 90 | 1. 20 | 14. 10 |
| | 10 | x | 50 | 14. 80 | 1. 20 | 16. 00 |
| 805967 | 7 | x | 50 | 13. 10 | 1. 20 | 14. 30 |

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.